# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4536

_____

DUSTIN D. BADGER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

August 23, 2019

PER CURIAM.

    We affirm the revocation of Appellant's supervision and resulting sentence, but remand the case for entry of a written order that conforms with the trial court's oral pronouncement. *See Thompson v. State*, 965 So. 2d 1250, 1251 (Fla. 1st DCA 2007) ("When a conflict exists between an oral revocation pronouncement and the written order revoking probation, the oral pronouncement will control."); *see also Wells v. State*, 60 So. 3d 551, 553 (Fla. 1st DCA 2011) (finding that "'[a] trial court is not permitted to revoke probation on conduct not charged in the affidavit.'") (quoting *Perkins v. State*, 842 So. 2d 275, 277 (Fla. 1st DCA 2003)).

AFFIRMED in part; REMANDED with directions to resolve conflict between written order and oral pronouncement.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.